AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▾

**FILED**
May 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____**LRT**_____
DEPUTY

United States of America
v.

Kaitlin Marie Armstrong

Case No. **1:22-MJ-515-SH**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 14, 2022__ in the county of __Travis__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1073 | Unlawfully traveling in interstate or foreign commerce with intent to avoid prosecution under the laws of the place from which the defendant flees, for a felony criminal offense under the laws of the place from which the defendant flees. |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Emir Perez, Deputy United States Marshal
*Printed name and title*

Signed electronically and attested by telephone pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: __05/25/2022__

_____
*Judge's signature*

City and state: __Austin, Texas__    Susan Hightower, United States Magistrate Judge
*Printed name and title*

## Affidavit in Support of Criminal Complaint

I, Emir Perez, am a Deputy United States Marshal with the United States Marshals Service ("USMS") assigned to the Western District of Texas, Lone Star Fugitive Task Force ("LSFTF"), in Austin, Texas. I am authorized to enforce the laws of the United States of America. I conduct criminal investigations to locate and apprehend fugitives from justice.

The statements herein are based on information provided to me by the Austin Police Department ("APD") and other members of the USMS, my participation in the investigation of Kaitlin Marie Armstrong, and my review of records. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a warrant, it does not contain every fact known to me or other law enforcement officials regarding this matter.

On May 17, 2022, in Case No. D1DC22301129, the City of Austin, Travis County, Texas obtained a warrant to arrest Kaitlin Marie Armstrong on charges of Murder, First Degree. The deceased victim was identified as A.W., and the murder occurred on or about May 11, 2022 in Austin, Texas. Murder, First Degree is a violation of Section 19.02 of the Texas Penal Code, which makes this violation a felony offense.

APD's investigation of the murder has revealed a number of facts tending to show that Armstrong was responsible for A.W.'s death. According to a witness, Armstrong expressed a desire to kill A.W. in January 2022, based on a personal grievance toward A.W. A surveillance camera recorded what appears to be Armstrong's vehicle near the scene of A.W.'s murder at the approximate time the murder occurred. On the date of the murder, Armstrong owned a pistol that APD officers seized from Armstrong's residence in the course of their investigation. Laboratory test-firing of Armstrong's pistol confirmed that it fired the spent shell casings that APD found at the scene of the murder.

On or about May 12, 2022, APD officers investigating A.W.'s murder questioned Armstrong regarding her knowledge of the events surrounding the murder. From the officers' questioning, Armstrong knew that APD had evidence of her vehicle being near the scene of the murder on May 11, 2022. Armstrong likely concluded from the APD interview that she was suspected of murdering A.W. A person close to Armstrong has reported not seeing or hearing from Armstrong again after May 13, 2022. Armstrong's social media accounts, including Instagram, have been shut down or have not been updated since the murder occurred.

After the interview on May 12, 2022, Armstrong was free to leave, and investigators have discovered video images showing Armstrong at the Austin Bergstrom International Airport on May 14, 2022. Airline records reveal that Armstrong boarded Southwest Airlines Flight WN2262 from Austin to Houston, and in Houston she connected to Flight WN30 to New York La Guardia.

Investigators have conducted a diligent search for Armstrong at known locations but have been unable to locate her to execute the arrest warrant in Case No. D1DC22301129. This warrant remains unexecuted, and Armstrong's whereabouts are currently unknown. On May 19, 2022, APD asked the USMS/LSFTF to assist in apprehending Armstrong.

*[Blank Space]*

Based on the foregoing, I respectfully submit that there is probable cause to believe Armstrong has fled the State of Texas in order to avoid prosecution for the crime of murder, a felony offense, in violation of Section 1073 of Title 18 of the United States Code.

Emir Perez
Deputy United States Marshal
United States Marshals Service

Signed electronically and attested by telephone pursuant to Fed. R. Crim. P. 4.1 on this

___25th___ day of May 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE